UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 26-00775 |
| Chiquita N. Jordan | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Michael B. Slade |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

This matter coming before the court on the motion of Global Lending Services LLC ("Movant") for relief from the automatic stay,

IT IS ORDERED:

1. The motion is granted, as set forth herein. The stay is modified so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to 2015 KIA OPTIMA, VIN: 5XXGN4A73FG491450.

2. The stay in Rule 4001(a)(4) does not apply to this order.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated: May 26, 2026

**Prepared by:**

Wesley T. Kozeny / # 6199471

12400 Olive Blvd, Suite 555

St. Louis, Missouri 63141

Phone: (314) 991-0255

Fax: (314) 991-6755

ILBK@BonialPC.com

Attorney for Movant